# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **FALAYE KOUROUMA,** | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:20-cv-00907-RDP-JHE |
| **WILLIAM BARR,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a Report and Recommendation on October 23, 2020, recommending that this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, be dismissed without prejudice. (Doc. 11). Although the parties were advised of the right to file objections to the Report and Recommendation, no objections have received by the court and the time limitation for filing has expired.

After a *de novo* consideration of the entire file in this action, including the Report and Recommendation, the court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** his Recommendation. The court finds that the petition for writ of habeas corpus is due to be dismissed without prejudice.

A separate order will be entered.

**DONE** and **ORDERED** this November 18, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE